**Fill in this information to identify the case:**

**Debtor Name: STILLWATER HOLDINGS, LLC**

United States Bankruptcy Court for the District of Minnesota

**Case number: 2 6 - 3 1 5 8 0**

[X] Check if this is an amended filing

Official Form 425A

# First Modified Plan of Reorganization for Small Business Under Chapter 11

## STILLWATER HOLDINGS, LLC Plan of Reorganization, Dated AUGUST 18, 2026.

Background for Cases Filed Under Subchapter V

### A. Description and History of the Debtor's Business

The Debtor is a Minnesota limited liability company. Since 2016, the Debtor has operated two restaurants, "Gio's" and "Portside" at 317 Main Street in Stillwater, Minnesota.

Generally, the restaurants have operated successfully. This case was filed as a result of a dispute with the Minnesota Department of Revenue ("MNDoR"). It appears that after an increase in the level of sales tax, the debtor had underpaid its sales tax obligations. The debtor was unable to reach a mutually agreeable repayment arrangement with the MNDoR; and MNDoR threatened to "post" Stillwater Holdings; effectively cutting off its ability to purchase liquor inventory. Management believed that the posting would have had a devastating effect on its business; and filed the petition commencing this case in order to provide for the orderly repayment of its debt; including the claims of the MNDoR.

### B. Liquidation Analysis

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation. A liquidation analysis is attached to the Plan as Exhibit 1.

### C. Ability to make future plan payments and operate without further reorganization

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments and operate the debtor's business.

The Plan Proponent has provided projected financial information as Exhibit 2.

The Plan Proponent's financial projections show that the Debtor will have projected disposable income (as defined by § 1191(d) of the Bankruptcy Code) for the period described in § 1191(c)(2) of $ 218,988.

The final Plan payment is expected to be paid on January 15, 2030.

**You should consult with your accountant or other financial advisor if you have any questions pertaining to these projections.**

## Article 1: Summary

This Plan of Reorganization (the Plan) under chapter 11 of the Bankruptcy Code (the Code)(proposes to pay creditors of Stillwater Holdings, LLC the (the *Debtor*) from income from its operations.

The Plan has a term of three (3) years and proposes to pay creditors in full.

This Plan provides for: 1 class of priority class;

1 class of non-priority unsecured claims; and

1 class of equity security holders

Non-priority unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately 100 cents on the dollar. This Plan also provides for the payment of administrative and priority claims.

All creditors and equity security holders should refer to Articles 3 through 6 of this Plan for information regarding the precise treatment of their claim. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

## Article 2: Classification of Claims and Interests

2.01 **Class 1**................................ All allowed claims entitled to priority under § 507(a) of the Code (except administrative expense claims under § 507(a)(2) and unclassified priority tax claims under § 507(a)(8); including the claims of the MNDoR in the approximate amount of $52,099.78.

2.02 **Class 2** .................................... All non-priority unsecured claims allowed under section 502 of the Code; estimated to be $57,837.00

2.03 **Class 3** Equity holders of the Debtor.

## Article 3: Treatment of Administrative Expense Claims, Priority Tax Claims, and Quarterly and Court Fees

3.01 **Unclassified claims** Under section § 1123(a)(1), administrative expense claims will be paid within thirty (30) days of the Effective Date.

| | |
|---|---|
| 3.02 **Administrative expense claims** | Each holder of an administrative expense claim allowed under § 503 of the Code, will be paid in full on the Effective Date of this Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor. |
| 3.03 **Priority tax claims** | Each holder of an unclassified priority tax claim will be paid within 60 days after the Effective Date, including the claims of the United States Internal Revenue Service, estimated to be $758.09 |
| 3.04 **Statutory fees** | All fees required to be paid under 28 U.S.C. § 1930 that are owed on or before the effective date of this Plan have been paid or will be paid on the Effective Date. |
| 3.05 **Prospective quarterly fees** | All quarterly fees required to be paid under 28 U.S.C. § 1930(a)(6) or (a)(7) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. |

## Article 4: Treatment of Claims and Interests Under the Plan

| | | |
|---|---|---|
| 1 | ❑ Impaired<br>[X] Unimpaired | Holders of Class 1 (Priority Tax Claims of MNDoR), shall receive monthly distributions of principal and interest in the amount of $1,609.00 on the fifteenth (15th) day of the first calendar month after the Effective Date and continuing on the fifteenth (15th) day of each succeeding month until the claim is paid in full. The claim is in the amount of $52,099.78. The payments are based on a 36 month amortization with interest accruing and paid at the rate of seven percent (7%) per year. The Debtor has prepared an amortization schedule showing the repayment terms in more detail, which is included in the projections attached to the Plan as Exhibit 2. The Debtor shall make such additional payments to assure that the claim is paid in full within sixty (60) months of the date the petition was filed. Upon payment in full, the holder of Class 1 Claims shall release any claim with respect to pre-petition sales taxes owing. |
| 2 | [X] Impaired<br>Unimpaired | Holders of Class 2 (Non-priority unsecured claims) shall receive quarterly distributions. All distributions to holders of Class Claims shall be prorated based on the relationship each 2 claim bears to the total amount of allowed Class 2 Claims [individual claim amount / total amount of Calss 2 Claims]. The total amount of Class 2 Claims is estimated to be $57,837.00. Distributions to holders of Class 2 claims will be made from the Debtor's actual disposable income; and will be made quarterly on the fifteenth (15th) day of the first calendar month following the end of each calendar quarter; beginning with the end of the first calendar quarter after the Effective Date. [So, if the Plan is confirmed in November 2026, the first distribution to holders of Class 2 Claims will be made on January 15, 2027.]<br><br>The Debtor's projections show that holders of Class 2 Claims should receive 100% of the principal balance of the amounts owed to each of them over the term of the Plan. If the projections are met, holders of class 2 Claims will be paid in full within the first two years of the term of the Plan. However, the Plan provides for distributions out of the Debtor's actual disposable income; so, if the Debtor's operating income; and concomitantly; its actual disposable income, is significantly lower than projected, it is possible that distributions will be lower than projected and take longer than projected to achieve full payment. And indeed; it is possible that the Debtor's future income will be so low so as to not generate any actual disposable |

| | | |
|---|---|---|
| | | income resulting in no distributions to holders of Class 2 Claims. Management believes that the projections are realistic and attainable; and that the likelihood of no distributions to holders of Class 2 Claims is extremely remote.<br><br>Based on the Debtor's projections, distributions to holders of Clas 2 Claims should be completed by the end of the third quarter of 2028.<br><br>The Debtor shall provide to each holder of Class 2 Claims a report stating the amount of the actual disposable income for the immediately preceding quarter, the amount of the then-current distribution; the aggregate amount of distributions made (including the then-current distribution, if any) and the remaining balance due on account of the holder's claim. This report shall be delivered along with each quarterly distribution; and if no quarterly distribution is being made because there is no current actual net disposable income; the report shall be delivered at the time the quarterly distribution would otherwise be made. |
| 3 | ☐ Impaired<br>[X] Unimpaired | Holders of Class 3 Interests shall retain their ownership interests in the Debtor; provided however that holders of Class 3 Interests shall not receive any distributions of profit until Class 1 and Class 2 claims have been paid in full. |

## Article 5: Allowance and Disallowance of Claims

| | |
|---|---|
| 5.01 **Disputed claim** | A *disputed claim* is a claim that has not been allowed or disallowed [by a final non-appealable order], and as to which either:<br>(i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or<br>(ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated. |
| 5.02 **Delay of distribution on a disputed claim** | No distribution will be made on account of a disputed claim unless such claim is allowed [by a final non-appealable order]. |
| 5.03 **Settlement of disputed claims** | The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure. |

## Article 6: Provisions for Executory Contracts and Unexpired Leases

| | |
|---|---|
| 6.01 **Assumed executory contracts and unexpired leases** | (a) The Debtor assumes, and if applicable assigns, the following executory contracts and unexpired leases as of the effective date: Month to month lease with J Group, LLC for lease of the business premises at which the Debtor operates its restaurants. JGroup, LLC is owned by the Debtor's principal, Mr. John Koch. The Debtor anticipates that rent increases will not be more than five percent (5%) per year over the term of the Plan. |

(b) Except for executory contracts and unexpired leases that have been assumed, and if applicable assigned, before the effective date or under section 6.01(a) of this Plan, or that are the subject of a pending motion to assume, and if applicable assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the effective date.

A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than thirty days after the date of the order confirming this Plan.

## Article 7: Means for Implementation of the Plan

The Effective Date of the Plan will be thirty (30) days after the Bankruptcy Court enters a final non-appealable order confirming the plan. As of the Effective Date, the Debtor will be revested with all property of the estate. The Debtor will operate its two restaurants in the ordinary course of business. The Debtor will make distributions to creditors from its operating income. The holder of Class 1 Claims (MNDoR) will receive monthly distributions beginning on the fifteenth (15th) day of the first calendar month following the Effective Date and continuing thereafter on the fifteenth (15th) day of each succeeding calendar month until the claims are paid in full. Holders of Class 2 (Non-priority unsecured claims) will receive pro rata quarterly distributions of the Debtor’s actual “disposable income”.

## Article 8: General Provisions

**8.01 Definitions and rules of construction**

The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions:

“Actual disposable income” shall mean: income that is received by the debtor and that is not reasonably necessary to be expended for the payment of expenditures necessary for the continuation, preservation, or operation of the business of the debtor. For the sake of clarity and transparency, “actual disposable income” shall be determined after payment or reserve for distributions to holders of Class 1 Priority Tax Claims; and prudent reserves for the operation of the Debtor’s business.

**8.02 Effective date**

The effective date of this Plan is the first business day following the date that is 30 days after the entry of the confirmation order. If, however, a stay of the confirmation order is in effect on that date, the effective date will be the first business day after the date on which the stay expires or is otherwise terminated.

**8.03 Severability**

If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

**8.04 Binding effect**

The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

**8.05 Captions**

The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

| | |
|---|---|
| [8.06 **Controlling effect** | Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Minnesota govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan. |
| [8.07 **Corporate governance** | During the term of the Plan the Debtor shall not issue any nonvoting equity securities, and providing, as to the several classes of securities possessing voting power, an appropriate distribution of such power among such classes, including, in the case of any class of equity securities having a preference over another class of equity securities with respect to dividends, adequate provisions for the election of directors representing such preferred class in the event of default in the payment of such dividends; and shall amend its operating agreement accordingly. |

SIGNATURES:

STILLWATER HOLDINGS, LLC

Dated: August 18, 2026

By: /e/ John Koch____________
Its: Chief Manager

**Joseph W. Dicker, PA**

Dated: August 17, 2026

*/e/ Joseph W. Dicker*________
Joseph W. Dicker (158264)
Suite 209
1406 West Lake Street
Minneapolis, MN 55408
Telephone: (612) 827-5941
Email: joe@joedickerlaw.com

**Attorney for Stillwater Holdings, LLC**

# EXHIBIT 1

## LIQUIDATION ANALYSIS

| ASSET DESCRIPTION | VALUE as of May 13, 2026 | ESTIMATED LIQUIDATION VALUE | SUBJECT TO SECURITY INTERESTS | AMOUNT OF PRIORITY CLAIMS | NET AVAILABLE TO UNSECURED CREDITORS |
|---|---|---|---|---|---|
| CASH | $34,716 | $34,716 | NO | $52,857.80 | $0 |
| OFFICE EQUIPMENT, FURNITURE, FIXTURES | $25,000 | $5,000 | NO | $52,857.80 | $0 |
| FOOD AND LIQUOR INVENTORY | $0 [PERISHABLE] | $0 | NO | $52,857.80 | $0 |
| TOTALS | $59,716 | $39,716 | | $52,857.80 | $0 |

EXHIBIT 2

PROJECTIONS

# Stillwater Holdings, LLC
# Projected Statements of Operations
# For the 12 Month Periods Ending September 30,

| | 2027 | 2028 | 2029 |
|---|---|---|---|
| Revenues | 1,400,000 | 1,500,000 | 1,600,00 |
| Cost of Goods Sold - Food & Beverage | 420,000 | 450,000 | 480,000 |
| | *30.0%* | *30.0%* | *30.0%* |
| **Gross Profit** | **980,000** | **1,050,000** | **1,120,000** |
| | *70%* | *70%* | *70%* |
| Labor Costs | 600,000 | 630,000 | 661,500 |
| | *43%* | *42%* | *41%* |
| **Prime Profits** | **380,000** | **420,000** | **458,500** |
| | *27%* | *28%* | *29%* |
| Other Controllable Costs | | | |
| Sales Tax + 7% Interest (amortized over 36 months) | 19,304 | 19,304 | 19,304 |
| Facility costs | 130,000 | 138,000 | 146,150 |
| General & Administrative | 180,000 | 189,000 | 198,450 |
| | 329,304 | 346,304 | 363,904 |
| | *24%* | *23%* | *23%* |
| **Net Profits** | **50,696** | **73,696** | **94,596** |
| | *4%* | *5%* | *6%* |

# Stillwater Holdings, LLC
## Projected Statements of Operations

For the 12 Month Period Beginning October 1, 2026 and Ending September 30, 2027

| | October | November | December | January | Februray | March | April | May | June | July | August | September | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 120,000 | 125,000 | 75,000 | 80,000 | 60,000 | 130,000 | 110,000 | 130,000 | 155,000 | 140,000 | 130,000 | 145,000 | 1,400,000 |
| Cost of Goods Sold - Food & Beverage | 36,000 | 37,500 | 22,500 | 24,000 | 18,000 | 39,000 | 33,000 | 39,000 | 46,500 | 42,000 | 39,000 | 43,500 | 420,000 |
| | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* |
| **Gross Profit** | **84,000** | **87,500** | **52,500** | **56,000** | **42,000** | **91,000** | **77,000** | **91,000** | **108,500** | **98,000** | **91,000** | **101,500** | **980,000** |
| | *70%* | *70%* | *70%* | *70%* | *70%* | *70%* | *70%* | *70%* | *70%* | *70%* | *70%* | *70%* | *70%* |
| Labor Costs | 52,000 | 54,000 | 32,000 | 34,000 | 26,000 | 56,000 | 47,000 | 56,000 | 66,000 | 60,000 | 56,000 | 61,000 | 600,000 |
| | *43%* | *43%* | *43%* | *43%* | *43%* | *43%* | *43%* | *43%* | *43%* | *43%* | *43%* | *42%* | *43%* |
| **Prime Profits** | **32,000** | **33,500** | **20,500** | **22,000** | **16,000** | **35,000** | **30,000** | **35,000** | **42,500** | **38,000** | **35,000** | **40,500** | **380,000** |
| | *27%* | *27%* | *27%* | *28%* | *27%* | *27%* | *27%* | *27%* | *27%* | *27%* | *27%* | *28%* | *27%* |
| Other Controllable Costs | | | | | | | | | | | | | |
| Sales Tax + 7% Interest (amortized over 55 months).[1] | 1,609 | 1,609 | 1,608 | 1,609 | 1,609 | 1,608 | 1,609 | 1,609 | 1,608 | 1,609 | 1,609 | 1,608 | 19,304 |
| Facility costs | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 10,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 10,000 | 130,000 |
| General & Administrative | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 180,000 |
| | 27,609 | 27,609 | 27,608 | 27,609 | 27,609 | 26,608 | 27,609 | 27,609 | 27,608 | 27,609 | 27,609 | 26,608 | 329,304 |
| | *23%* | *22%* | *37%* | *35%* | *46%* | *20%* | *25%* | *21%* | *18%* | *20%* | *21%* | *18%* | *24%* |
| **Net Profits.[2]** | **4,391** | **5,891** | **(7,108)** | **(5,609)** | **(11,609)** | **8,392** | **2,391** | **7,391** | **14,892** | **10,391** | **7,391** | **13,892** | **50,696** |
| | *4%* | *5%* | *-9%* | *-7%* | *-19%* | *6%* | *2%* | *6%* | *10%* | *7%* | *6%* | *10%* | *4%* |

{

[1] This line item reflects payments to the Minnesota Department of Revenue on account of its Class 1 Claim [_____]

[2] The Debtor's projected "Net Profits" are the amounts that are projected to be available for distribution of holders of Class 2 Claims and if realized will be treated as "actual net disposable income".[ ]. The Debtor's business income is highly seasonal with the highest projected revenues and the highest projected net profits realized in the Summer months. If the Debtor's projections are realized, the Class 2 claims should be paid in full by the end of the third quarter of 2028. As noted above, if the projections are not realized; it may take longer for Class 2 Claims to be paid in full; and it is possible that holders of Class 2 Claims may not receive any distributions.

# Management Assumptions

**Basis of Presentation:**

The accompanying 5 year projected statements of operations are presented on a cash basis which is a comprehensive basis of accounting other than Generally Accepted Accounting Principles of the United States of America.

**Revenues:**

Base year 2026/2027 revenues are projected to be approximately the same as actual combined sales incurred in calendar 2025 for Gios restaurant and Portside night club. Thereafter, management projects a modest revenue growth of $100,000 per year in the following two years due to a combination of cost of living/inflation and restaurant sales growth.

**Cost of Goods Sold:**

Food and beverage costs are estimated at 30% of revenues based on actual results of operations for the first six months of calendar 2026, which was at 28% plus an additional 2% contingency to be conservative. Accordingly, as projected revenues rise, food and beverage costs will rise.

**Cost of Labor:**

Labor costs are estimated at $50,000 per month based on actual results of operations for the first six months of calendar 2026. Thereafter, management is estimating 5% annual cost increases based on both cost of living/inflation and sales growth. No wages are included herein for the Company's sole owner.

**Facility Costs:**

Gios' and Portside's physical operations are located in downtown Stillwater within a related party property, The J Group, that is 90% owned by Stillwater Holdings sole member. The accompanying projected statements of operations include an estimated rent expense based on 5% of revenues for the three years presented. In addition to percentage rents, management is also estimating $5,000 per month for other facility expenses such as utilities, garbage, cable/interest and miscellaneous facility expenses. Other facility costs are estimated to increase 5% annually.

**General and Administrative Expenses:**

Base year G&A expenses are estimated at $15,000 per month based on actual results of operations for the first six months of calendar 2026. Thereafter management is estimating 5% annual costs increases based on both cost of living/inflation and sales growth.

**Other Controllable Costs**

The accompanying three year projected statements of operations do not include any depreciation expense due to fixed assets being fully depreciated for tax purposes as of December 31, 2025 and no significant equipment purchases anticipated during the projection period. In addition, there is no interest expense included herein as Stillwater Holdings does not have a banking line of credit
.

08/11/2026 10:02 AM

Stillwater Holdings - MN DOR sales tax balance due

Compounding Period: Monthly

Nominal Annual Rate: 7.000%

**Cash Flow Data - Loans and Payments**

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 09/30/2026 | 52,099.78 | 1 | | |
| 2 | Payment | 10/31/2026 | 1,608.69 | 36 | Monthly | 09/30/2029 |

**TValue Amortization Schedule - Normal, 365 Day Year**

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 09/30/2026 | | | | 52,099.78 |
| **2026 Totals** | | **0.00** | **0.00** | **0.00** | |
| 1 | 10/31/2026 | 1,608.69 | 303.92 | 1,304.77 | 50,795.01 |
| 2 | 11/30/2026 | 1,608.69 | 296.30 | 1,312.39 | 49,482.62 |
| 3 | 12/31/2026 | 1,608.69 | 288.65 | 1,320.04 | 48,162.58 |
| 4 | 01/31/2027 | 1,608.69 | 280.95 | 1,327.74 | 46,834.84 |
| 5 | 02/28/2027 | 1,608.69 | 273.20 | 1,335.49 | 45,499.35 |
| 6 | 03/31/2027 | 1,608.69 | 265.41 | 1,343.28 | 44,156.07 |
| 7 | 04/30/2027 | 1,608.69 | 257.58 | 1,351.11 | 42,804.96 |
| 8 | 05/31/2027 | 1,608.69 | 249.70 | 1,358.99 | 41,445.97 |
| 9 | 06/30/2027 | 1,608.69 | 241.77 | 1,366.92 | 40,079.05 |
| 10 | 07/31/2027 | 1,608.69 | 233.79 | 1,374.90 | 38,704.15 |
| 11 | 08/31/2027 | 1,608.69 | 225.77 | 1,382.92 | 37,321.23 |
| 12 | 09/30/2027 | 1,608.69 | 217.71 | 1,390.98 | 35,930.25 |
| **2027 Totals** | | **19,304.28** | **3,134.75** | **16,169.53** | |
| 13 | 10/31/2027 | 1,608.69 | 209.59 | 1,399.10 | 34,531.15 |
| 14 | 11/30/2027 | 1,608.69 | 201.43 | 1,407.26 | 33,123.89 |
| 15 | 12/31/2027 | 1,608.69 | 193.22 | 1,415.47 | 31,708.42 |
| 16 | 01/31/2028 | 1,608.69 | 184.97 | 1,423.72 | 30,284.70 |
| 17 | 02/29/2028 | 1,608.69 | 176.66 | 1,432.03 | 28,852.67 |
| 18 | 03/31/2028 | 1,608.69 | 168.31 | 1,440.38 | 27,412.29 |
| 19 | 04/30/2028 | 1,608.69 | 159.91 | 1,448.78 | 25,963.51 |
| 20 | 05/31/2028 | 1,608.69 | 151.45 | 1,457.24 | 24,506.27 |
| 21 | 06/30/2028 | 1,608.69 | 142.95 | 1,465.74 | 23,040.53 |
| 22 | 07/31/2028 | 1,608.69 | 134.40 | 1,474.29 | 21,566.24 |
| 23 | 08/31/2028 | 1,608.69 | 125.80 | 1,482.89 | 20,083.35 |
| 24 | 09/30/2028 | 1,608.69 | 117.15 | 1,491.54 | 18,591.81 |

08/11/2026 10:02 AM

Stillwater Holdings - MN DOR sales tax balance due

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| **2028 Totals** | | **19,304.28** | **1,965.84** | **17,338.44** | |
| 25 | 10/31/2028 | 1,608.69 | 108.45 | 1,500.24 | 17,091.57 |
| 26 | 11/30/2028 | 1,608.69 | 99.70 | 1,508.99 | 15,582.58 |
| 27 | 12/31/2028 | 1,608.69 | 90.90 | 1,517.79 | 14,064.79 |
| 28 | 01/31/2029 | 1,608.69 | 82.04 | 1,526.65 | 12,538.14 |
| 29 | 02/28/2029 | 1,608.69 | 73.14 | 1,535.55 | 11,002.59 |
| 30 | 03/31/2029 | 1,608.69 | 64.18 | 1,544.51 | 9,458.08 |
| 31 | 04/30/2029 | 1,608.69 | 55.17 | 1,553.52 | 7,904.56 |
| 32 | 05/31/2029 | 1,608.69 | 46.11 | 1,562.58 | 6,341.98 |
| 33 | 06/30/2029 | 1,608.69 | 36.99 | 1,571.70 | 4,770.28 |
| 34 | 07/31/2029 | 1,608.69 | 27.83 | 1,580.86 | 3,189.42 |
| 35 | 08/31/2029 | 1,608.69 | 18.60 | 1,590.09 | 1,599.33 |
| 36 | 09/30/2029 | 1,608.69 | 9.36 | 1,599.33 | 0.00 |
| **2029 Totals** | | **19,304.28** | **712.47** | **18,591.81** | |
| **Grand Totals** | | **57,912.84** | **5,813.06** | **52,099.78** | |

**Last interest amount increased by 0.03 due to rounding.**

| **ANNUAL PERCENTAGE RATE** | **FINANCE CHARGE** | **Amount Financed** | **Total of Payments** |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| **7.000%** | **$5,813.06** | **$52,099.78** | **$57,912.84** |