**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: BKY No. 26-31580
Chapter 11 – Subchapter V

Stillwater Holdings. LLC,

Debtor.

---

ORDER

---

At: Minneapolis, Minnesota.

This matter came on for hearing on the 22nd day of September 2026, before William J. Fisher, Judge of the United States Bankruptcy Court for the District of Minnesota, upon the debtor's motion , requesting that the court deem acceptances of the First Modified Plan of Reorganization dated August 18, 2026 (ECF Docket Item No.27) to be acceptances of the Second Modified Plan of Reorganization dated September 16, 2026 (ECF Docket Item No. 36) pursuant to Rule 3019. Appearances are as noted in the proceedings.

Based upon all of the facts, records and proceedings herein, and for good cause shown makes the following:

1. The modifications made to the plan are *de minimis* and merely ministerial in nature and do not adversely affect any creditor.
2. The acceptances of the First Modified Plan of Reorganization dated August 18, 2026 (ECF Docket Item No.27) may be deemed acceptances of the Second Modified Plan of Reorganization dated September 16, 2026 (ECF Docket Item No. 36) pursuant to Rule 3019.

3. There is no need for re-balloting or further disclosure.

IT IS THEREFORE ORDERED that:

1. All acceptances of the First Modified Plan of Reorganization dated August 18, 2026 (ECF Docket Item No.27) to be are deemed to be acceptances of the Second Modified Plan of Reorganization dated September 16, 2026 (ECF Docket Item No. 36) pursuant to Rule 3019.

BY THE COURT:

Dated: *September 22, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge